

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s): SANTOS GALVES KIDD

Chapter 7    Case No. 18-00442

Plaintiff(s): CASEY HINES
("et al." if multiple)

A.P. No. 18-90027

vs. Defendant(s): SANTOS GALVES KIDD
("et al." if multiple)

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Findings and Recommendation to Deny IFP Application (Adversary Proceeding Complaint)

Suggested Cause of Action (District CM/ECF):

28:0157c (28:0157(c)(1) Findings, Concl. & Proposed Judgment)

Suggested Nature of Suit (District CM/ECF):

423 (Bankruptcy Withdrawal)

☐ Filing fee paid or no fee due.    ☐ Filing fee not paid.

| Party | Casey Hines | Role | Movant/Plaintiff |
| Party | Santos Galves Kidd | Role | Defendant/Debtor |
| Party |  | Role |  |
| Party |  | Role |  |

☐ Additional parties    ☒ Docket sheet attached    ☐ Attorney list attached

Dated: September 26, 2018                Michael B. Dowling, Clerk

727OBJ

## United States Bankruptcy Court
## District of Hawaii (Honolulu)
### Adversary Proceeding #: 18-90027

*Assigned to:* Bankruptcy Judge Robert J. Faris     *Date Filed:* 09/24/18
*Lead BK Case:* 18-00442
*Lead BK Title:* Santos Galves Kidd
*Lead BK Chapter:* 7
*Demand:* $60000

*Nature[s] of Suit:*  12 Recovery of money/property - 547 preference
                     13 Recovery of money/property - 548 fraudulent transfer
                     41 Objection / revocation of discharge - 727(c),(d),(e)
                     62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
                     65 Dischargeability - other

*Plaintiff*
-----------------------
**Casey Hines**                                    represented by **Casey Hines**
P.O. Box 4134                                                     PRO SE
Honolulu, HI 96812


V.

*Defendant*
-----------------------
**Santos Galves Kidd**                             represented by **Ofir Raviv**
2240 Halekoa Drive                                                Abelmann Peterson Rollins,
Honolulu, HI 96821                                                LLLC
SSN / ITIN: xxx-xx-6525                                           677 Ala Moana Blvd.
                                                                  Ste. 1009
                                                                  Honolulu, HI 96813
                                                                  808-589-1010
                                                                  Fax : 888-797-7471
                                                                  Email: ofir@abelmannlaw.com
                                                                  *LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
|  | 1 | Adversary case 18-90027. ADVERSARY PROCEEDING OPENED. 12 (Recovery of money/property - 547 preference): Complaint by Casey Hines against Santos Galves Kidd . (12 |

| | | |
|---|---|---|
| 09/24/2018 | | (Recovery of money/property - 547 preference),13 (Recovery of money/property - 548 fraudulent transfer),41 (Objection / revocation of discharge - 727(c),(d),(e)),62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud),65 (Dischargeability - other))(LC) (Entered: 09/24/2018) |
| 09/24/2018 | 2 | Complaint by Casey Hines against Santos Galves Kidd; Avd. Proc. Coversheet. (LC) Modified on 9/24/2018 (LC). (Entered: 09/24/2018) |
| 09/24/2018 | 3 | Summons and Notice of Scheduling Conference in an Adversary Proceeding - Summons Issued on: Santos Galves Kidd. Scheduling Conference set for 11/16/2018 at 02:00 PM at Courtroom, 1132 Bishop Street, Suite 250, Honolulu, HI 96813. (LC) (Entered: 09/24/2018) |
| 09/24/2018 | 4 | Application to Proceed in District Court Without Prepaying Fees or Costs Filed by Casey Hines (related document(s)2, 3, 1 ). (LC) (Entered: 09/24/2018) |
| 09/26/2018 | 5 | Findings and Recommendation to Deny Application to Proceed Without Prepayment of Fees; Exhibit A. Regarding Application to Proceed Without Prepayment of Fees Date of Entry: 9/26/2018. (DM) (Entered: 09/26/2018) |