IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CASEY HINES, | ) | CIVIL 18-00367 LEK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SANTOS GALVES KIDD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER ADOPTING THE BANKRUPTCY COURT'S FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

The bankruptcy court's Findings and Recommendation to Deny Application to Proceed Without Prepayment of Fees ("F&R") having been filed and served on all parties on September 26, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to In re Perroton, 958 F.2d 889, 896 (9th Cir. 1992) (holding that, "because the bankruptcy court is not a 'court of the United States' under the definition of that phrase contained in [28 U.S.C.] § 451[, it] does not have the authority to waive fees under [28 U.S.C.] § 1915(a)"), the bankruptcy court's F&R is HEREBY ADOPTED as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 20, 2018.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**CASEY HINES VS. SANTOS GALVES KIDD; CV 18-00367 LEK-RLP; ORDER ADOPTING THE BANKRUPTCY COURT'S FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**